AO 93   (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*Information Associated with Facebook User ID*<br>*jose.granados.985614 that is Stored at a Premises*<br>*Controlled by Meta Platforms, Inc.* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 25-mj-659-CDL

**FILED UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A." This court has authority to issue this warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____August 19, 2025____
                                                                                                           *(not to exceed 14 days)*

☐ in the daytime, 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Christine D. Little_____ .
                        *(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
        ☐ for _____ days *(not to exceed 30)*.
        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     ____8/5/2025 @ 8:46 a.m.____     *Christine D. Little*
                                                                                                   *Judge's signature*

City and state:     ____Tulsa, Oklahoma____     ____Christine D. Little, U.S. Magistrate Judge____
                                                                                  *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br><br>25-MJ-659-CDL | Date and time warrant executed:<br><br>08/05/2025 @ 1422 CDT | Copy of warrant and inventory left with:<br><br>Meta Platforms, Inc. |
| Inventory made in the presence of :<br>None. | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>    •   14.4 MB of Data | | |
| **Certification** | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. | | |

Date: _____08/11/2025_____

_____
*Executing officer's signature*

TFO Detective Benjamin Wolery
*Printed name and title*

## ATTACHMENT A

### Property to be Searched

This warrant applies to information associated with the Facebook account name "Jose Granados" and Facebook ID jose.granados.985614 that is stored at a premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

### I.    Information to be disclosed by Meta Platforms, Inc. ("Meta")

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that has been deleted but is still available to Meta, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

A. All business records and subscriber information, in any form kept, pertaining to the Account, including:

1.    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

2.    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings;

rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

3.  All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

4.  All IP logs, including all records of the IP addresses that logged into the account;

5.  The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

6.  All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

7.  All past and present lists of friends created by the account;

8.  The types of service utilized by the user;

9.  All associated logs and metadata;

B. All content, records, and other information relating to communications sent from or received by the Account from 5/11/2025 to 5/25/2025, including but not limited to:

2

1. The content of all communications sent from or received by the Account, including direct and group messages, and all associated multimedia and metadata, including deleted and draft content, if available;

2. All activity logs for the account and all other documents showing the user's posts and other Facebook activities from 05/11/2025 through 05/25/2025.

3. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from 05/11/2025 through 05/25/2025, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

4. All other records and contents of communications and messages made or received by the user from 05/11/2025 through 05/25/2025, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

5. All "check ins" and other location information;

6. All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken;

3

C. All content, records, and other information relating to all other interactions between the Account and other Facebook users from 05/11/2025 through 05/25/2025, including but not limited to:

    1.    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

    2.    All information about the user's access and use of Facebook Marketplace;

    3.    All information about the Facebook pages that the account is or was a "fan" of;

D. All records of Facebook searches performed by the account from 05/11/2025 through 05/25/2025;

E. All location information, including location history, login activity, information geotags, and related metadata from 05/11/2025 through 05/25/2025.

Meta is further ordered to disclose the above information to the government within **14 days** after service of this warrant.

4

## II.    Information to be searched for and seized by the government

All information described above in Section I that constitutes evidence, instrumentalities, contraband, and/or fruits of violations of Title 18, United States Code § 2422(b) (Attempted Coercion or Enticement of a Minor),including, for each account or identifier listed on Attachment A:

   a. Communications between the user ID and others from 05/11/2025 through 05/25/2025;

   b. Evidence indicating how and when the Facebook account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

   c. Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

   d. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

5

## Certificate of Authenticity of Domestic Records Pursuant to Federal Rules of Evidence 902(11) and 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Meta Platforms, Inc. ("Meta") and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Meta. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]** associated with the Facebook account name **"Jose Granados"** and Facebook ID jose.granados.985614. I further state that:

a.    All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Meta, and they were made by Meta as a regular practice; and

b.    Such records were generated by Meta's electronic process or system that produces an accurate result, to wit:

6

1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Meta in a manner to ensure that they are true duplicates of the original records; and

2. The process or system is regularly verified by Meta, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____     _____

Date                          Signature

7